IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA

v.



§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

FILED UNDER SEAL

NO. 4:12CR 65
Judge Crone

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 15 2012

DAVID J. MALAND, CLERK
BY
DEPUTY _____

United States Courts
Southern District of Texas
FILED

May 09, 2016

David J. Bradley, Clerk of Court

**H 16-676M**

(1)
(2)
(3)
(4)
(5)
(6)
(7)
(8)
(9)
(10)
JOHN DOE 3 (11)
a/k/a DANIEL BURGOS
(12)
(13)
(14)
(15)
(16)
(17)
(18)
(19)

Indictment - U.S. v. ▮▮▮▮ et al.
Page 1

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 371
(Conspiracy to Make a False
Statement to the Government in
violation of 18 U.S.C. § 1001)

### A.    Introduction

At all times material to this Indictment:

1.      The United States Postal Service ("USPS") was an agency and department of the United States government that was responsible for the collection and delivery of the United States mail.

2.      A Commercial Mail Receiving Agency ("CMRA") was a private, commercial business that was authorized by the USPS to rent a Private Mail Box ("PMB") to individuals for the receipt of United States mail.

3.      The USPS required CMRAs, when renting a PMB to an individual, to: (a) ensure that each individual complete a form disclosing the individual's name and address, and (b) verify the individual's identity by requiring the individual to produce identification documents such as a driver's licence and at least one other form of identification.

### B.    The Conspiracy

4.      From in or about December 2007, and continuing through on or about December 10, 2009, in the Eastern District of Texas and elsewhere, the defendants, █████

Indictment - U.S. v. ████████, et al.
Page 2

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████; **John Doe 3**, a/k/a Daniel Burgos; ████████████████

████████████████████████████████; ████████████████████;

████████████████████████████████████████████████

████████████████████████████████████████, did

knowingly combine, conspire, and agree with each other and with persons unknown to the

Grand Jury to commit an offense against the United States specifically, to knowingly and

willfully make false and material statements and representations to the United States

Postal Service, a department and agency of the United States, in a matter within the

jurisdiction of the United States Postal Service, in that each defendant misrepresented his

~~or her name and other identifying information to agents of the CRMAs in order to lease~~

PMBs under false identities, knowing such claims to be false, fictitious, and fraudulent, a

violation of 18 U.S.C. § 1001.

**C.   The Manner and Means of the Conspiracy**

    It was a part of the manner and means of the conspiracy that:

    5.    Each defendant obtained false identification documents, such as drivers

licenses, which contained the defendant's photographic image but which reflected the

name and identification features of a third party.

6.      Each defendant used the false identification documents to rent postal delivery boxes at private mail centers in the Eastern District of Texas and elsewhere, in the names of third parties.

7.      False tax returns that had been filed in the names of Puerto Rican citizens, who had not authorized the tax returns, listed the PMBs as locations to which fraudulently claimed tax refund checks were to be mailed..

**D.      The Overt Acts of the Conspiracy**

On or about the following dates in the Eastern District of Texas and elsewhere, in furtherance of the conspiracy, the defendants committed, among others, the following overt acts:

██████

**PMB # 132, 14902 Preston Road, Dallas, Texas**

8.      On or about November 20, 2007, ████████ opened PMB #132 at 14902 Preston Road, Suite 404, Dallas, Texas, using as a means of identification a false Louisiana drivers license bearing ████████ photograph but bearing the name of CGR.

██████

**PMB # 140, 101 S. Coit Road, Richardson, Texas**

9.      On or about November 26, 2007, ████████ opened PMB #140 at 101 S. Coit Road, Richardson, Texas, using as a means of identification a false Louisiana drivers license bearing ████████ photograph, but bearing the name of MFG.

### PMB # 126, 1920 Abrams Pkwy, Dallas, Texas

10.     On or about December 14, 2007, ████████ opened PMB #126 at 1920 Abrams Pkwy, Dallas, Texas, using as a means of identification a false Louisiana driver's license bearing ████████ photograph but bearing the name of DI.

### PMB # 149, 835 E. Lamar Blvd., Arlington, Texas

11.     On or about January 23, 2008, ████████ and ████████ ████████, opened PMB #149 at 835 E. Lamar Blvd., Arlington, Texas. ████ ████ used, as a means of identification a false North Carolina identification card bearing ████████ photograph but bearing the name of YF. ████████ ████████, used as a means of identification a false North Carolina identification card bearing ████████ photograph but bearing the name TCG.

### PMB # 757, 6333 E. Mockingbird Lane, Dallas, Texas

12.     On or about December 19, 2007, ████████ opened PMB #757 at 6333 E. Mockingbird, Dallas, Texas, using as a means of identification a false Louisiana drivers license bearing ████████ photograph but bearing the name of MIVR.

### PMB # 126, 8409 Pickwick Lane, Dallas, Texas

13.     On or about December 19, 2007, ████████ opened PMB #126 at 8409 Pickwick Lane, Dallas, Texas, using as a means of identification a false Louisiana drivers license bearing ████████ photograph but bearing the name of RGD.

████████████████████████████

**PMB # 203, 4347 Northwest Highway, Dallas, Texas**

14.    On or about January 23, 2008, ██████████ and ██████, ████████████

████████████, opened PMB #203 at 4347 Northwest Highway, Dallas, Texas, using

as a means of identification a false North Carolina identification card bearing ███████

███████ photograph but bearing the name of JCA. ████████████████████████

███ used, as a means of identification a false North Carolina identification card bearing

██████████ photograph but bearing the name of RVC.

████████████████████████

**PMB # 197, 13901 Midway Rd., Suite 102, Farmers Branch, Texas**

15.    On or about January 23, 2008, ████████████████████████████

█████, opened PMB #197 at 13901 Midway Rd., Suite 102, Dallas, Texas, ███████████

████████████, used as a means of identification a false North Carolina

identification card bearing ██████████ photograph but bearing the name of YERR.

████████████████████████

**PMB # 147, 1920 Abrams Pkwy, Dallas, Texas**

16.    On or about January 24, 2008, ████████████████████████████

opened PMB #147 at 1920 Abrams Pkwy, Dallas, Texas. ████████████████

~~██████████████ used, as a means of identification a false North Carolina identification~~

card bearing ██████████ photograph and bearing the name of ████████████████

█████, and what appeared to be an ISTC employee identification card.

████████████████████████

**PMB # 225, 7750 N. MacArthur Blvd., Irving, Texas**

17.    On or about January 24, 2008, ████████████████████████████

███, opened PMB #225, at 7750 N. MacArthur Blvd., Irving, Texas. ██████████

███████████████, used as a means of identification a false North Carolina

identification card bearing ████████ photograph but bearing the name of NIHP.

████████ █ ████████
### PMB # 428, 4848 Lemmon Ave., Highland Park, Texas

18.    On or about December 14, 2007, ██████████████, opened

PMB #428 at 4848 Lemmon Ave., Highland Park, Texas, using as a means of

identification a false Louisiana driver's license bearing ████████ photograph but

bearing the name of RBV.

████████ █ ████████
### PMB # 747, 6333 E. Mockingbird, Suite 147, Dallas, Texas

19.    On or about December 19, 2007, ██████████████, opened

PMB #747 at 6333 E. Mockingbird, Suite 147, Dallas, Texas, using as a means of

identification a false Louisiana driver's license bearing ████████ photograph but

bearing the name of RR.

████████████████
### PMB # 153, 8409 Pickwick Lane, Dallas, Texas

20.    On or about December 19, 2007, ██████████████, opened

PMB # 153 at 8409 Pickwick Lane, Dallas, Texas, using as a means of identification a

false Louisiana driver's license bearing ████████ photograph but bearing the name of

JOB.

### PMB # 949, 14902 Preston Rd., Dallas, Texas

21.     On or about February 22, 2008,      opened PMB # 949 at 14902 Preston Rd., Dallas, Texas, using as a means of identification a false Florida identification card bearing     ' photograph but bearing the name of JMA.

### PMB # 357, 3523 McKinney Ave., Dallas, Texas

22.     On or about February 16, 2008,      opened PMB #357 at 3523 McKinney Ave., Dallas, Texas.      used, as a means of identification a false Florida identification card bearing     ' photograph but bearing the name of JMA.

### PMB # 959, 14902 Preston Road, Dallas, Texas

23.     On or about January 14, 2008,      opened PMB #959 at 14902 Preston Road, Dallas, Texas, using as a means of identification a false Indiana identification card bearing      photograph but bearing the name of VP.

### PMB # 267, 4287 Beltline Road, Addison, Texas

24.     On or about January 14, 2008,      opened PMB # 267 at 4287 Beltline Road, Addison, Texas, using as a means of identification a false Indiana identification card bearing      photograph but bearing the name of IVM.

### ████  PMB # 254, 101 Coit Road, Suite 36, Dallas, Texas

25.     On or about January 14, 2008, ████████ opened PMB # 254 at 101 Coit Road, Suite 36, Dallas, Texas, using as a means of identification a false Indiana identification card bearing ████████ photograph but bearing the name of DSG.

### ████  PMB #135, 2410 Memorial Rd., Suite C, Oklahoma City, Oklahoma

26.     On or about April 18, 2008, ████████ opened PMB #135 at 2410 Memorial Rd., Suite C, Oklahoma City, Oklahoma, using as a means of identification a false California identification card bearing ████████ photograph but bearing the name of DRR.

### ████  PMB #120, 4747 Research Forest Dr., Suite 180, The Woodlands, Texas

27.     On or about March 15, 2008, ████████ opened PMB #120 at 4747 Research Forest Dr., Suite 180, The Woodlands, Texas, using as a means of identification a false Louisiana identification card bearing ████████ photograph but bearing the name of LEVF.

### ████  PMB #288, 381 Casa Linda Plaza, Dallas, Texas

28.     On or about November 14, 2007, ████████ opened PMB #288 at 381 Casa Linda Plaza, Dallas, Texas, using as a means of identification a false Louisiana identification card bearing ████████ photograph but bearing the name of LEVF.

███████

### PMB #346, 835 E. Lamar Blvd., Arlington, Texas

29.     On or about November 17, 2007, ███████████ opened PMB #346 at

835 E. Lamar Blvd., Arlington, Texas, using as a means of identification a false

Louisiana identification card bearing ███████████ photograph but bearing

the name of LEVF.

███████

### PMB #249, 1565 W. Main Street 208, Lewisville, Texas

30.     On or about December 18, 2007, in the Eastern District of Texas, ████

████████ opened PMB #249 at 1565 W. Main Street 208, Lewisville, Texas,

using as a means of identification a false Louisiana identification card bearing ████

████████ photograph but bearing the name of LEVF.

███████

### PMB #531, 3813 Cedar Springs Road 101, Dallas, Texas

31.     On or about January 5, 2008, ███████████ opened PMB #531

at 3813 Cedar Springs Road 101, Dallas, Texas, using as a means of identification  a false

Louisiana identification card bearing ███████████ photograph but bearing

the name of LEVF.

███████

### PMB #408, 8409 Pickwick Lane, Dallas, Texas

32.     On or about April 28, 2008, ███████████ opened PMB #408 at

8409 Pickwick Lane, Dallas, Texas, using as a means of identification a false North

Carolina identification card bearing ███████████ photograph but bearing

the name of JAT.

**PMB #153, 2119 Riverwalk Dr., Moore, Oklahoma**

33.    On or about December 21, 2007, ████████████ opened PMB #153 at 2119 Riverwalk Dr., Moore, Oklahoma, using as a means of identification a false Texas identification card bearing ████████████ photograph but bearing the name of FP.

**PMB #197, 9300 N. May, Suite 400, Oklahoma City, Oklahoma**

34.    On or about December 21, 2007, ████████████ opened PMB #197 at 9300 N. May, Suite 400, Oklahoma City, Oklahoma, using as a means of identification a false Texas identification card bearing ████████████ photograph, but bearing the name of AF.

**PMB #320, 4848 Lemmon Ave., 100, Dallas, Texas**

35.    On or about November 14, 2007, ████████████ opened PMB #320 at 4848 Lemmon Ave., 100, Dallas, Texas, using as a means of identification a false Louisiana identification card bearing ████████████ photograph but bearing the name of LEVF.

**PMB #140, 906 W. McDermott Drive, Suite 116, Allen, Texas**

36.    On or about December 15, 2007, in the Eastern District of Texas, ████████ ████████████, opened PMB #140 at 906 W. McDermott Drive, Suite 116, Allen, Texas, using as a means of identification a false Louisiana driver's license bearing ████████ photograph and her name.

Indictment - U.S. v. ████████, et al.
Page 11

**PMB #152, 4009 Old Denton Road, Carrollton, Texas**

37.    On or about January 15, 2008, [REDACTED] opened PMB #152, at 4009 Old Denton Road, Carrollton, Texas, using as a means of identification a false California driver's license bearing [REDACTED] photograph but bearing the name of LAA.

**PMB #167, 3044 Old Denton Road, Carrollton, Texas**

38.    On or about January 15, 2008, [REDACTED] opened PMB #167 at 3044 Old Denton Road, Carrollton, Texas, using as a means of identification a false California driver's license bearing [REDACTED] photograph but bearing the name of LAA.

**PMB #121, 7000 Independence Parkway, Suite 160, Plano, Texas**

39.    On or about January 11, 2008, in the Eastern District of Texas, [REDACTED] opened PMB #121 at 7000 Independence Parkway, Suite 160, Plano, Texas, using as a means of identification a false California driver's license bearing [REDACTED] photograph but bearing the name of LAA.

**PMB #148, 5729 Lebanon Road, Suite 144, Plano, Texas**

40.    On or about January 22, 2008, in the Eastern District of Texas, [REDACTED] opened PMB #148 at 5729 Lebanon Road, Suite 144, Plano, Texas, using

Indictment - U.S. v. [REDACTED], et al.
Page 12

as a means of identification a false California driver's license bearing ▮▮▮▮▮

▮▮▮▮ photograph but bearing the name of LAA.

▮▮▮▮▮▮▮

**PMB #146, 1221 Airport Freeway, Irving, Texas**

41.    On or about February 29, 2008, ▮▮▮▮▮▮▮▮ opened PMB # 146

at 1221 Airport Freeway, Irving, Texas, using as a means of identification a false North

Carolina driver's license bearing ▮▮▮▮▮▮▮' photograph but bearing the

name of AC.

▮▮▮▮▮▮▮

**PMB #3063, 1301 Custer Road, Suite 352, Plano, Texas**

42.    On or about March 25, 2008, in the Eastern District of Texas, ▮▮▮▮▮

▮▮▮opened PMB #3063 at 1301 Custer Road, Suite 352, Plano, Texas, using as a

means of identification a false North Carolina driver's license bearing ▮▮▮▮▮

▮▮▮ photograph but bearing the name of AC.

▮▮▮▮▮▮▮

**PMB #104, 3044 Old Denton Road, Suite 111, Carrollton, Texas**

43.    On or about March 26, 2008, ▮▮▮▮▮▮▮ opened PMB #104 at

3044 Old Denton Road, Suite 111, Carrollton, Texas, using as a means of identification a

false North Carolina driver's license bearing ▮▮▮▮▮▮▮ photograph but

bearing the name of AC.

▮▮▮▮▮▮▮

**PMB #182, 3000 Custer Road, Suite 270, Plano, Texas**

44.    On or about February 12, 2008, in the Eastern District of Texas, ▮▮▮

▮▮▮▮▮▮ opened PMB #182 at 3000 Custer Road, Suite 270, Plano, Texas, using

as a means of identification a false North Carolina driver's license bearing ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮' photograph but bearing the name of AC.

**PMB #118, 4347 W. Northwest Highway, Dallas, Texas**

45.    On or about January 18, 2008, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, opened PMB # 118 at 4347 W. Northwest Highway, Dallas, Texas, using as a means of identification a false Nebraska identification card bearing ▮▮▮▮▮▮▮▮▮▮▮▮, name and photograph.

**PMB #283, 1565 W. Main Street, Suite 208, Lewisville, Texas**

46.    On or about March 6, 2008, in the Eastern District of Texas, ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮, opened PMB #283 at 1565 W. Main Street, Suite 208, Lewisville, Texas, using as a means of identification a false Nebraska identification card bearing ▮▮▮▮▮▮▮▮ photograph but bearing the name of JAV.

**PMB #160, 3818 Cedar Springs Road, Suite 101, Dallas, Texas**

47.    On or about March 7, 2008, ▮▮▮▮▮▮▮▮▮▮▮▮, opened PMB #160 at 3818 Cedar Springs Road, Suite 101, Dallas, Texas, using as a means of identification a false Nebraska identification card bearing ▮▮▮▮▮▮ photograph but the name of CAS.

## PMB #111, 3245 Main Street, Suite 235, Frisco, Texas

48.     On or about March 8, 2008, in the Eastern District of Texas, ███████████,

██████████████████, opened PMB #111 at 3245 Main Street, Suite 235, Frisco,

Texas, using as a means of identification a false Nebraska identification card bearing

████████ photograph but the name of JAV.

## John Doe 3, a/k/a Daniel Burgos
## PMB #340, 4621 S. Cooper, Arlington, Texas

49.     On or about March 10, 2008, **John Doe 3**, a/k/a Daniel Burgos, opened

PMB # 340 at 4621 S. Cooper, Arlington, Texas, using as a means of identification a

false California identification card bearing **John Doe 3**'s photograph and the name of

Daniel Burgos.

## John Doe 3, a/k/a Daniel Burgos
## PMB #143, 4009 Old Denton Road, Suite 114, Carrollton, Texas

50.     On or about March 11, 2008, **John Doe 3**, a/k/a Daniel Burgos, opened

PMB # 143 at 4009 Old Denton Road, Suite 114, Carrollton, Texas, using as a means of

identification a false California identification card bearing **John Doe 3**'s photograph but

the name of RC.

## John Doe 3, a/k/a Daniel Burgos
## PMB #115, 3044 Old Denton Road, Suite 111, Carrollton, Texas

51.     On or about March 11, 2008, **John Doe 3**, a/k/a Daniel Burgos, opened

PMB #115 at 3044 Old Denton Road, Suite 111, Carrollton, Texas, using as a means of

identification a false California identification card bearing **John Doe 3's** photograph but the name of MAR.

### PMB # 340, 1079 Round Grove, Suite 300, Lewisville, Texas

52.     On or about March 4, 2008, in the Eastern District of Texas, ███████████ ██████████████████, opened PMB #340 at 1079 Round Grove, Suite 300, Lewisville, Texas, using as a means of identification a false Tennessee identification card bearing ███████ photograph and the name of ████████████.

### PMB # 162, 1221 Flower Mound Road, Suite 320, Flower Mound, Texas

53.     On or about March 4, 2008, in the Eastern District of Texas, ██████████, ████████████████, opened PMB #162 at 1221 Flower Mound Road, Suite 320, Flower Mound, Texas, using as a means of identification a false Tennessee identification card bearing ███████ photograph and the name of ████████████.

### PMB # 105, 3044 Old Denton Road, Suite 111, Carrollton, Texas

54.     On or about March 26, 2008, █████████████████████████, opened PMB #105 at 3044 Old Denton Road, Suite 111, Carrollton, Texas, using as a means of identification a false Tennessee identification card bearing █████████████ photograph and the name of ███████████.

**PMB # 3002, 1301 Custer Road, Suite 352, Plano, Texas**

55.    On or about January 17, 2008, in the Eastern District of Texas, ▮▮▮▮

▮▮▮▮▮▮▮, opened PMB #3002 at 1301 Custer Road, Suite 352, Plano,

Texas, using as a means of identification a false Tennessee identification card bearing

▮▮▮▮ photograph and the name of ▮▮▮▮▮▮.

**PMB #269, 2221 Justin Road, Suite 119, Flower Mound, Texas**

56.    On or about March 4, 2008, in the Eastern District of Texas, ▮▮▮

▮▮▮▮▮ opened PMB #269 at 2221 Justin Road, Suite 119, Flower Mound, Texas,

using as a means of identification a false Indiana identification card bearing ▮▮▮▮

▮▮▮▮ photograph but bearing the name of NJ.FA.

**PMB #217, 3044 Old Denton Road, Suite 111, Carrollton, Texas**

57.    On or about December 1, 2007, in the Eastern District of Texas, ▮▮▮▮

▮▮▮▮▮ opened PMB #217 at 3044 Old Denton Road, Suite 111, Carrollton,

Texas, using as a means of identification a false Indiana identification card bearing

▮▮▮▮▮▮▮ photograph but bearing the name of NAA.

**PMB #281, 5930 Royal Lane, Suite E, Dallas, Texas**

58.    On or about February 25, 2008, ▮▮▮▮▮▮ opened PMB

#281 at 5930 Royal Lane, Suite E, Dallas, Texas, using as a means of identification a

false Indiana identification card bearing ▮▮▮▮▮▮▮ photograph but

bearing the name NJFA.

Indictment - U.S. v. ▮▮▮▮, et al.
Page 17



**PMB # 230, 3100 Independence Square, Suite 331, Plano, Texas**

59.    On or about March 15, 2008, in the Eastern District of Texas, ███████ ███████ opened PMB # 230, at 3100 Independent Square, Suite 331, Plano, Texas, using as a means of identification a false North Carolina identification card bearing ███████ ███████ photograph but bearing the name of DLRB.

**PMB # 3064, 1301 Custer Road, Suite 352, Plano, Texas**

60.    On or about March 25, 2008, in the Eastern District of Texas, ███████, ███████████, opened PMB #3064 at 1301 Custer Road, Suite 352, Plano, Texas, using as a means of identification a false North Carolina driver's license bearing ████ ███████ photograph and the name of ███████████ but which driver's license had never been issued by the State of North Carolina.

**PMB # 147, 820 S. MacArthur Blvd., Suite 105, Coppell, Texas**

61.    On or about January 19, 2008, █████████████████████████, opened PMB #147 at 820 S. MacArthur Blvd., Suite 105, Coppell, Texas, using as a means of identification a false California identification card bearing ███████████ photograph and the name ███████, but which identification card had never been issued by the State of California.

**PMB #158, 3245 Main Street, Suite 235, Frisco, Texas**

62.    On or about March 8, 2008, in the Eastern District of Texas, ███████, █████████████, opened PMB # 158, at 3245 Main Street, Suite 235, Frisco, Texas,

using as a means of identification a false Puerto Rican Permanent Resident's Card,

bearing ███████ photograph and name of ███████, but which Puerto Rican

Permanent Resident Card had never been issued by Puerto Rico.

**PMB #165, 3100 Independence Parkway, Suite 311, Plano, Texas**

63.     On or about February 27, 2008, in the Eastern District of Texas, ███████

███████, opened PMB #165 at 3100 Independence

Parkway, Suite 311, Plano, Texas, using as a means of identification a false North

Carolina drivers license bearing ███████

███████ photograph but bearing the name of YIMR.

**PMB #188, 4636 SW Loop 820, Fort Worth, Texas**

64.     On or about April 11, 2008, ███████ opened PMB

#188 at 4636 SW Loop 820, Fort Worth, Texas, using as a means of identification a false

Washington State identification card bearing ███████

photograph but bearing the name of JL.

In violation of 18 U.S.C. § 371.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
J. ANDREW WILLIAMS
Assistant United States Attorney
101 East Park Boulevard, Suite 500
Plano, Texas 75074
Telephone: (972) 509-1201
Fax: (972) 509-1213
andy.williams@usdoj.gov

_____ 3 - 15 - 12 _____
Date

**Indictment - U.S. v. ▮▮▮▮▮▮, et al.**
**Page 20**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



UNITED STATES OF AMERICA

v.

JOHN DOE 3 (11)
a/k/a DANIEL BURGOS

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

**FILED UNDER SEAL**

NO. 4:12CR_____
(Judge _____)

## NOTICE OF PENALTY

### Count One

Violation:        18 U.S.C. § 371
(Conspiracy to Make a False Statement to the Government)

Penalty:        A fine of not more than $250,000, and/or
imprisonment for not more than 5 years,
and a Term of Supervised Release for not
more than 3 years.

Special
Assessment:        $100.00

AO 42 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

| EASTERN | District of | TEXAS |

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

John Doe 3
aka Daniel Burgos

Case Number: 4:12cr65-11 (Crone)

# SEALED

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JOHN DOE 3 aka DANIEL BURGOS

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)
Conspiracy to make a false statement to the government

RECEIVED
UNITED STATES MARSHAL
EASTERN DISTRICT OF TEXAS
2012 MAR 19 PM 12: 13

in violation of Title   18   United States Code, Section(s)   1001

DAVID J. MALAND                          *David Malano*
Name of Issuing Officer                  Signature of Issuing Officer

CLERK                                                    Sherman
Title of Issuing Officer                 Date        Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |